quiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2005. IN RE DISBARMENT OF WASHBURN. A. Curtis Washburn, of Rockford, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2006. IN RE DISBARMENT OF PRICE. Paul Arthur Price, of Salt Lake City, Utah, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2007. IN RE DISBARMENT OF MONSOUR. Robert Dishington Monsour, of Murrysville, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–22. HERMANSEN v. UTAH ET AL.;

No. M–23. BRAVO v. DEPARTMENT OF VETERANS AFFAIRS ET AL.;

No. M–24. JIROVEC v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY; and

No. M–25. PUTNAM v. WEATHERBEE ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–26. SAI ET AL. v. UNITED STATES ET AL. Motion to direct the Clerk to file motion for leave to file bill of complaint denied.

No. 97–53. ROBERTS, GUARDIAN FOR JOHNSON v. GALEN OF VIRGINIA, INC., FORMERLY DBA HUMANA HOSPITAL-UNIVERSITY OF LOUISVILLE, DBA UNIVERSITY OF LOUISVILLE HOSPITAL. C. A. 6th Cir. [Certiorari granted, 524 U. S. 915.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–475. EL AL ISRAEL AIRLINES, LTD. v. TSUI YUAN TSENG. C. A. 2d Cir. [Certiorari granted, 523 U. S. 1117.] Motion of the Solicitor General for leave to file a supplemental brief as *amicus curiae* granted.